**FILED**

07/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0344

Morgan B. Hoyt
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Morgan.Hoyt@moultonbellingham.com

Attorneys for Urban Lifestyle 10 LLC

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0344

| | |
|---|---|
| GERALD A. UNRUH, MICHAL L. UNRUH,<br><br>     Plaintiff - Appellees<br><br>-vs-<br><br>URBAN LIFESTYLE 10 LLC, a Washington State limited liability company,<br><br>     Defendant - Appellant | **ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANT OPENING BRIEF** |

Upon consideration of Urban Lifestyle 10 LLC dated July 3, 2024, Defendant and Appellant's Unopposed Motion for Extension of Time to File its Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant and Appellant is granted an extension of time to and including August 10, 2024 within which to prepare, file and serve its Opening Brief on Appeal.

**MOULTON BELLINGHAM PC**
ATTORNEYS AT LAW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 3 2024